**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

HENRY HERSMAN,

Petitioner,

v.

GERALDO ACEVEDO,

Respondent.                                                                 No. 09-CV-118-DRH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Judge Donald G. Wilkerson.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on March 29, 2012, the Report and Recommendation was **ADOPTED** and this habeas petition is **DENIED** and this case is **DISMISSED** with prejudice.

                                                    NANCY J. ROSENSTENGEL,
                                                    CLERK OF COURT


                                                    BY:      /s/*Sandy Pannier*
                                                            **Deputy Clerk**

Dated: April 2, 2012

                                        David R. Herndon
                                        2012.04.02
                                        11:38:07 -05'00'

APPROVED: _____
                  CHIEF JUDGE
                  U. S. DISTRICT COURT