# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

HENRY HERSMAN,

Petitioner,

v.

GERALDO ACEVEDO,

Respondent.  No. 09-CV-118-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Judge Donald G. Wilkerson.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on March 29, 2012, the Report and Recommendation was **ADOPTED** and this habeas petition is **DENIED** and this case is **DISMISSED** with prejudice.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

BY: /s/*Sandy Pannier*
**Deputy Clerk**

Dated: April 2, 2012

David R. Herndon
2012.04.02
11:38:07 -05'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT